**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 528 WAL 2016

                Respondent   :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court
          v.                  :

ANDREW SCOTT PETERS,   :

                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.